DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TORREVIO M. EALY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2026-0648

[July 2, 2026]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Rebecca Ivy White, Judge; L.T. Case No. 312019CF001141AXXXVB.

Torrevio M. Ealy, Daytona Beach, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and SHAW, JJ., concur.

*        *        *

***Not final until disposition of timely-filed motion for rehearing.***